# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D16-4134
_____

LENARD ANDERSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

May 18, 2018


PER CURIAM.

AFFIRMED.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

_____


*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Rick A. Sichta, Susanne K. Sichta, and Joseph Hamrick of the Sichta Firm LLC, Jacksonville, for Appellant.

Pamela Jo Bondi, Attorney General, and Kaitlin Weiss, Assistant Attorney General, for Appellee.